ANNA DEGILLIO, Respondent, v. ROMAN CATHOLIC SLOVAC CHURCH OF ST. MARY, Appellant. SAMUEL DEGILLIO, Respondent, v. ROMAN CATHOLIC SLOVAC

Church of St. Mary, Appellant.— Action by plaintiff Anna DeGillio to recover damages for injuries sustained owing to the presence of ice upon the sidewalk in front of defendant's premises, caused by water discharged from a drain pipe maintained by defendant on its premises. Action by her husband for loss of services. Judgments for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.